IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE J. GONZALEZ SANCHEZ

Plaintiff

v.

MIGUEL A. PIÑEIRO MARQUEZ, et al.

Defendants

CIVIL NO. 99-2160(SEC)

Section 1983

98-1533

## ORDER FOR CONSOLIDATION

Having examined the complaint filed in the instant case, the Court finds that its allegations refer to the set of facts that gave rise to the complaint filed by plaintiff in a previous suit, <u>González Sánchez v. Cruz Santaella</u>, Civil No. 98-1533(SEC). Therefore, in the interest of expediency and judicial economy, this case is ordered consolidated with Civil No. 98-1533(SEC).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2 day of December, 1999.

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE



AO 72A
(Rev.8/82)