IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE J. GONZALEZ SANCHEZ

Plaintiff

v.

SAMUEL CRUZ SANTAELLA, et al.

Defendants

CIVIL NO. 98-1533 (SEC)

Consolidated With Civil 99-2160 (SEC)

Section 1983

## JUDGMENT

Pursuant to the reasons set forth in our Opinion and Order of even date, it is hereby ORDERED and ADJUDGED that the above-captioned consolidated cases be DISMISSED.

JUDGMENT IS HEREBY ENTERED ACCORDINGLY.

In San Juan, Puerto Rico, this 6 TH day of December, 1999.

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE



AO 72A
(Rev.8/82)